

**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

September 6, 2024

*Application **GRANTED in part** and **DENIED in part**. The Court generally does not stay matters pending settlement discussions. The initial pretrial conference scheduled for September 18, 2024, is **ADJOURNED** to **September 25, 2024**. The parties shall file a joint letter in accordance with the Scheduling Order at Dkt. No. 8 by **September 18, 2024**. Defendant's deadline to answer or respond to the Complaint is **ADJOURNED** to **October 21, 2024**. An order referring this case to the Court's FLSA Mediation Program will issue separately. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 15.*

*Dated: September 9, 2024*
*New York, New York*

VIA ECF
Hon Lorna G. Schofield, U.S. District Judge
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

RE:   Bodiford et al. v. Medrite et al. 24cv5785 (LGS)
      Joint Request for Referral to FLSA Mediation and Adjournment of Initial Conference

Dear Judge Schofield:

As the Court is aware, undersigned counsel represents Plaintiffs Kelli Bodiford, Sheina Heusner, Jada Madeam, Niya Lloyd, Ngozi Okpu and Anastacia Sancroft (collectively "Plaintiffs") in the above referenced matter. This Case was filed on or about July 30, 2024 under the Fair Labor Standards Act 29 USC §201 et seq.

Defendant Medrite Midtown West LLC ("Medrite") by and through their counsel Meaghan Roe joins in this request for: a) referral to the SDNY FLSA mediation program for mediation before a Court appointed mediator; b) an adjournment of the Defendants' Answer that is currently due on or about September 20, 2024 [ECF doc. no. 10], *sine die* pending the outcome of the mediation; and c) an adjournment of the parties initial phone conference scheduled for September 18, 2024 at 4:10pm *sine die* pending the outcome of the mediation. [ECF doc. no. 8]. This joint request was made eight (8) business days prior to the initial conference date and three (3) business days prior to the joint letter due date of September 11, 2024 in compliance with your Honor's individual rule I.(B)(3). This is the parties' first request for an adjournment of the initial conference and referral to mediation.

The counsel for the parties have conferred several times to date concerning the Court's initial conference Order, discovery protocol in FLSA matters, as well as substantive litigation issues. Counsel for the parties believe that proceeding with mediation discussions may result in an efficient resolution of disputes, and intend to exchange discovery in accordance with the Initial Discovery Protocols for FLSA matters to assist with such mediation.

To the extent the Court declines this request, the parties respectfully request a two (2) week adjournment of the initial conference to on or about October 2, 2024.

Respectfully submitted,

/s/ Susan Ghim

_____
Susan Ghim, Of Counsel

<u>VIA ECF TO</u>:

Pamela A. Frederick, Esq.
Meghan Roe Esq.
Avery S. Mehlman Esq.
Herrick Feinstein LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Defendant
Medrite Midtown West, LLC