UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLI BODIFORD et al.,
                      Plaintiffs,

                                                  24 Civ. 5785 (LGS)
               -against-

                                                  <u>ORDER</u>
MEDRITE MIDTOWN WEST, LLC, et al.,
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 23, 2024, the parties e-mailed a letter to the Court stating that they have reached a settlement agreement in principle. The parties' letter is appended to this Order. It is hereby

      **ORDERED** that, by **February 11, 2025**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

      **ORDERED** that all conferences and trial dates are **CANCELED**.

Dated: January 13, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE



**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

Susan Ghim, Of Counsel
sghim@nisarlaw.com
Main: (212) 600-9534
Direct: (646) 889-1011

December 23, 2024

VIA EMAIL TO: Schofield_NYSDChambers@nysd.uscourts.gov
Hon Lorna G. Schofield, U.S. District Judge
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

RE:   Bodiford et al. v. Medrite et ano 24cv5785 (LGS)
      Joint Letter of Settlement by Parties in principle and request for adjournments *sine die*

Dear Judge Schofield:

      As the Court is aware, undersigned counsel represents Plaintiffs Kelli Bodiford, Sheina Heusner, Jada Madeam, Niya Lloyd, Ngozi Okpu and Anastacia Sancroft (collectively "Plaintiffs") in the above referenced matter. Herrick Feinstein LLP, Counsel of record for the defendant Medrite Midtown LLC ("Medrite") consented to the email of the instant letter pursuant your Honor's individual rules. This case was filed on or about July 30, 2024 under the Fair Labor Standards Act 29 USC §201 et seq. together with discrimination claims under the NYS Exec. Law 296 et seq. and NYC Human Rights Law 8-107 et seq. The Parties are pleased to jointly report that they have arrived at a settlement in principle to resolve their disputes in this matter. Accordingly, the parties respectfully request that all scheduled dates contained in the court's case management plan and any other dates contained in the court's prior orders be adjourned *sine die*. The parties further respectfully request at least thirty (30) days to submit their bifurcated settlement agreement on the FLSA claims together with a Cheeks letter motion for the Court's approval of the FLSA settlement only.

Respectfully submitted,

/s/ Susan Ghim

_____

Susan Ghim, Of Counsel

2

<u>VIA EMAIL TO</u>:

Pamela A. Frederick, Esq. /pfrederick@herrick.com
Meghan Roe Esq. / mroe@herrick.com
Avery S. Mehlman Esq. / amehlman@herrick.com
Herrick Feinstein LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Defendant
Medrite Midtown West, LLC

2