UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KELLI BODIFORD, et al.,                                           :
                    Plaintiffs,               :
                                    :      24 Civ. 5785 (LGS)
-against-                                                         :
                                    :         ORDER
MEDRITE MIDTOWN WEST LLC, et al.,                                 :
                  Defendants.              :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 11, 2025, the parties moved for approval of a proposed settlement. It is hereby

       **ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Fisher v. SD Protection, Inc.*, 948 F.3d 593, 600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement and award of attorneys' fees is fair and reasonable). It is further

       **ORDERED** that this action is dismissed in its entirety and with no award of attorneys' fees or costs, beyond the amounts provided for in the parties' settlement. The action is dismissed with prejudice. Any pending motions are **DISMISSED** as moot, and all conferences and deadlines are **CANCELED**. The Court agrees to retain enforcement jurisdiction over this matter for the purpose of ensuring the parties' compliance with the terms and conditions of the settlement of this action. In the event of a breach, the parties may make an application to restore the action to the Court's calendar.

Dated: March 17, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE